Matthew C. Briggs (SBN 310449)
LAW OFFICE OF COREY A. PINGLE
9550 Warner Ave. #250-06
Fountain Valley, CA 92708
Direct: (657) 514-7060
Facsimile: (650) 394-3132
E-mail: mbriggs@pinglelaw.com

Attorneys for Plaintiff
CLINT LIDDICOTE

Britney N. Torres, Bar No. 287019
btorres@littler.com
Nathaniel H. Jenkins, Bar No. 312067
njenkins@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, California 95814
Telephone:   916.830.7200
Fax No.:     916.561.0828

Attorneys for Defendant
LES SCHWAB TIRE CENTERS OF CALIFORNIA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT LIDDICOTE,<br><br>              Plaintiff,<br><br>     v.<br><br>LES SCHWAB TIRE CENTERS OF CALIFORNIA, LLC,<br><br>              Defendant. | Case No. 2:22-cv-02316-MCE-DB<br><br>**JOINT STIPULATION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT; ORDER**<br><br>Complaint Filed:   November 8, 2022 |

JOINT STIPULATION TO STRIKE
PLAINTIFF'S AMENDED COMPLAINT                                                    2:22-CV-02316-MCE-DB

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

## **JOINT STIPULATION**

Plaintiff CLINT LIDDICOTE ("Plaintiff") and Defendant LES SCHWAB TIRE CENTERS OF CALIFORNIA, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed an initial Complaint the Superior Court of California for the County of Yolo on November 8, 2022;

WHEREAS, Defendant filed an Answer to Plaintiff's Complaint in Yolo County Superior Court on December 29, 2022;

WHEREAS, Defendant removed this action to this Court on December 30, 2022;

WHEREAS, Plaintiff attempted to file another Complaint on February 8, 2023 (Dkt. No. 8) but that filing was rejected by the Court;

WHEREAS, Plaintiff filed an Amended Complaint on February 27, 2023 (Dkt. No. 9) that does not include any substantive changes from his initial Complaint other than updating the caption to reflect the name of this Court and this Court's assigned case number (as opposed to Yolo Superior Court); and

WHEREAS, the Parties agree that the Amended Complaint is not necessary.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THAT Plaintiff's Amended Complaint (Dkt. No. 9) should be stricken.

IT IS SO STIPULATED.

Dated: March 15, 2023                    LAW OFFICE OF COREY A. PINGLE

/s/*Matthew C. Briggs* (as approved on 3/22/23)
Matthew C. Briggs

Attorneys for Plaintiff
CLINT LIDDICOTE

LITTLER MENDELSON, P.C.
Attorneys at Law
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION TO STRIKE
PLAINTIFF'S AMENDED COMPLAINT         2         2:22-CV-02316-MCE-DB

| | |
|---|---|
| Dated: March 15, 2023 | LITTLER MENDELSON, P.C. |
| | */s/ Nathaniel H. Jenkins* |
| | Britney N. Torres |
| | Nathaniel H. Jenkins |
| | Attorneys for Defendant |
| | LES SCHWAB TIRE CENTERS OF CALIFORNIA, LLC |

### ORDER

Pursuant to the Parties' Joint Stipulation to Strike Plaintiff's Amended Complaint ("Joint Stipulation"), IT IS HEREBY ORDERED THAT Plaintiff's Amended Complaint (Dkt. No. 9) is STRICKEN. This case shall proceed on the initial Complaint.

IT IS SO ORDERED.

Dated: March 23, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO STRIKE
PLAINTIFF'S AMENDED COMPLAINT        3        2:22-CV-02316-MCE-DB

LITTLER MENDELSON, P.C.
Attorneys at Law
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200